**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)       **8:05CR154**<br>vs. )<br>)       **ORDER**<br>**VERSHON STOVALL,** )<br>)<br>Defendant. ) | |

This matter is before the court on the motion of Carlos A. Monzón for leave to withdraw as counsel for the defendant [29]. The record shows that Jeffrey L. Thomas has entered his appearance as substitute counsel.

**IT THEREFORE IS ORDERED** that the Motion to Withdraw [29] is granted. The Clerk shall terminate the appearance of Carlos A. Monzón as defense counsel and the record shall reflect that Jeffrey L. Thomas will represent the defendant in this matter.

**DATED September 1, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**