AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 8:05CR154 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | USM No: 20050-047 | |
| ) | | |
| VERSHON STOVALL ) | JEFFREY L. THOMAS | |
| Defendant. ) | Defendant's Attorney | |
| Date of previous judgment: 12/2/2005 ) | | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

     Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 84 months is reduced to 70 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

    Previous Offense Level: 23         Amended Offense Level: 21
    Criminal History Category: V        Criminal History Category: V
    Previous Guideline Range: 84 to 105 months    Amended Guideline Range: 70 to 87 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

  ✓   The reduced sentence is within the amended guideline range.

  ☐   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

  ☐   Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated December 2, 2005 shall remain in effect.
**IT IS SO ORDERED.**

Dated this 23rd day of April, 2008
Effective Date: April 23, 2008

                                              s/ Joseph F. Bataillon
                                              Chief United States District Judge